UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:25-cr-183-JSS-RMN
     49 U.S.C. § 46504

ARIELLA ARZENO

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 9, 2024, in the Middle District of Florida and elsewhere, the defendant,

ARIELLA ARZENO

on an aircraft in the special aircraft jurisdiction of the United States, namely United Airlines Flight 762, an aircraft in flight from Miami, Florida to Newark, New Jersey, did knowingly interfere with the performance of the duties of G.P. and D.M., who are flight crew members and flight attendants of the aircraft, and lessen the ability of the members and attendants to perform those duties, by assaulting and intimidating the flight attendants and flight crew members.

In violation of 49 U.S.C. § 46504.

## FORFEITURE

1. The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 49 U.S.C. § 46304 and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 49 U.S.C. § 46504, the defendant shall forfeit to the United States, pursuant to 49 U.S.C. § 46304 and 28 U.S.C. § 2461(c), any aircraft involved in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).



GREGORY W. KEHOE
United States Attorney

By: _____
Noah P. Dorman
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34

June 25

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

ARIELLA ARZENO

## INDICTMENT

Violations: 49 U.S.C. § 46504

Filed in open court this 25th day

of June, 2025.

_____
Clerk

Bail $_____

GPO 863 525